UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOSEPH PEREZ,                                    CIVIL NO. 10-424 (MJD/JSM)

    Petitioner,

v.                                                               ORDER

JESSICA SYMMES, Warden,

    Respondent.

The above matter came on before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated February 15, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, upon all the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. §2254 [Docket No. 1] is DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 19, 2012

                                                  s/Michael J. Davis
                                                  MICHAEL J. DAVIS
                                                  Chief Judge
                                                  United States District Court